AO 458 (Rev. 06/09) Appearance of Counsel

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 09 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_SMB_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States
_____
Plaintiff

v.

David Reynolds
_____
Defendant

)
)
)
)
)
)

Case No. CR17-00764-PHX-JAT (MHB)

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David Reynolds

Date: 6-9-2017

_____
Attorney's signature

Joey Hamby 015775
Printed name and bar number

The Law Offices of David Michael Cantor
1 E. Washington, Suite 1800
Phoenix AZ 85003
Address

j.hamby@dmcantor.com
E-mail address

602-307-0808
Telephone number

602-255-0707
FAX number